UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 11-cr-59-01-JD

<u>Richard White</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Trial is continued to the two-week period beginning July 19, 2011, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                */s/ Joseph A. DiClerico, Jr.*
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: June 15, 2011

cc: Bjorn Lange, Esq.
    Helen Fitzgibbon, Esq.
    U.S. Marshal
    U.S. Probation